# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MORRIS J. PEAVEY, JR., et al.,**

    **Plaintiffs,**

v.                                                   Case No.  8:09-cv-1975-T-30AEP

**SCOTT BLACK, Mayor City of Dade City, et al.,**

    **Defendants.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendants Pasco County and George Romagnoli's Motion to Dismiss (Dkt. 6), Defendants Mayor Scott Black, Dade City, and Karla Owens's Motion to Dismiss (Dkt. 8), the United States' Motion to Dismiss, filed on behalf of Defendant Timothy F. Geithner (Dkt. 13), and Plaintiffs' Responses in opposition (Dkts. 9, 10, 13).  Upon consideration, the Court finds that the motions should be granted.

Plaintiffs' filed their Complaint on September 9, 2009.  Following the filing of the motions to dismiss, this action was stayed pending the Eleventh Circuit's decision in an appeal of an order entered in a similar action filed in the Southern District.  While the action was stayed, Plaintiffs attempted to appeal this Court's order staying the matter.  That appeal was dismissed on August 9, 2010.  The Court now considers the motions to dismiss.

Federal Rule of Civil Procedure 8(a) provides that "[a] pleading that states a claim for relief must contain: (1) a short and plain statement of the grounds for the court's jurisdiction . . . , (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for the relief sought . . . ." Fed. R. Civ. P. 8(a) (2007). Because Plaintiffs are proceeding *pro se*, the Court accepts all allegations as true and construes them more liberally than if prepared by an attorney. Despite the liberal pleading standards, Plaintiffs have failed to meet the requirements of Rule 8(a). The 27 page complaint is indecipherable. It is virtually impossible to determine which claims Plaintiffs attempt to bring against each defendant. It is unclear who the defendants or plaintiffs are in this action.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants Pasco County and George Romagnoli's Motion to Dismiss (Dkt. 6) is **GRANTED.**

2. Defendants Mayor Scott Black, Dade City, and Karla Owens's Motion to Dismiss (Dkt. 8) is **GRANTED**.

3. The United States' Motion to Dismiss, filed on behalf of Defendant Timothy F. Geithner (Dkt. 13) is **GRANTED**.

4. Plaintiffs' Complaint (Dkt. 1) is hereby **DISMISSED** without prejudice.

5. Plaintiffs shall have **TWENTY (20) DAYS** to amend their Complaint to conform to the requirements of Fed.R.Civ.P. 8(a) and the Local Rules governing proceedings in this district.

6. Failure to timely file an Amended Complaint may result in the dismissal of this action without further notice.

**DONE** and **ORDERED** in Tampa, Florida on September 14, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-1975.dismiss 8(a).frm