UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MORRIS J. PEAVEY, JR.,** *pro se*, **et al.,**

    **Plaintiffs,**

v.                                                                                   Case No.  8:09-cv-1975-T-30AEP

**SCOTT BLACK, Mayor of City of Dade
City, Florida, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants Pasco County and George Romagnoli's Motion to Dismiss (Dkt. 31), Defendants Mayor Scott Black, Dade City, and Karla Owens's Motion to Dismiss (Dkt. 30), the United States' Motion to Dismiss, filed on behalf of Defendant Timothy F. Geithner and Eric Holder (Dkt. 29), and Plaintiffs' Response in opposition (Dkt. 33).  Upon consideration, the Court finds that the motions should be granted.

Plaintiffs' filed their original complaint on September 9, 2009.  This action was stayed pending the Eleventh Circuit's decision in an appeal of an order of dismissal entered in a similar action filed in the Southern District.  Following the Eleventh Circuit's decision in that appeal, the original complaint here was dismissed for failure to comply with Federal Rule of Civil Procedure 8(a).  The Court granted Plaintiffs leave to amend the complaint.

On October 4, 2010, Plaintiffs filed an amended complaint. The 26 page amended complaint still fails to meet the requirements of Rule 8(a). It remains unclear what claims are alleged against each defendant. Though Plaintiffs attempt to lay out distinct counts, claims are intermingled and the facts alleged are unintelligible.

In addition, Plaintiffs' have failed to allege that the Court has subject matter jurisdiction over the claims against Defendants Timothy Geithner, Secretary of United States Department of the Treasury, and Eric Holder, Attorney General of the United States ("the federal defendants"). "Under settled principles of sovereign immunity, the United States, as sovereign, is immune from suit, save as it consents to be sued . . . and the terms of its consent to be sued in any court define that court's jurisdiction to entertain the suit." *United States v. Dalm*, 494 U.S. 596, 608 (U.S. 1990) (internal quotations omitted).

Plaintiffs have the burden to show that this Court has subject matter jurisdiction by showing that the United States has consented to being sued. *See Riley v. Fairbanks Capital Corp.*, 222 Fed. Appx. 897, 899 n. 3 (11th Cir. 2007). But the complaint fails to identify a single basis for a waiver of the United States' sovereign immunity, which would establish subject matter jurisdiction over the federal defendants.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants Pasco County and George Romagnoli's Motion to Dismiss (Dkt. 31) is GRANTED.

2. Defendants Mayor Scott Black, Dade City, and Karla Owens's Motion to Dismiss (Dkt. 30) is GRANTED.

3. The United States' Motion to Dismiss, filed on behalf of Defendant Timothy F. Geithner and Eric Holder (Dkt. 29) is GRANTED.

4. Plaintiffs' Amended Complaint (Dkt. 28) is hereby DISMISSED without prejudice.

5. Plaintiffs shall have **TWENTY (20) DAYS** to amend their Complaint to conform to the requirements of Fed.R.Civ.P. 8(a) and the Local Rules governing proceedings in this district.

6. Failure to timely file an Amended Complaint may result in the dismissal of this action without further notice.

**DONE** and **ORDERED** in Tampa, Florida on November 10, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-1975.mtd 29,30,31.frm